**Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00795-CR

_____

## CRAIG HARDY, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from County Criminal Court at Law No. 6
Harris County, Texas
Trial Court Cause No. 1698495**

---

## ORDER

The reporter's record in this case was due **November 7, 2011**. *See* Tex. R. App. P. 35.1. **Wendy Wilkerson** has not filed an extension of time to file the record. The record has not been filed with the court. We therefore issue the following order.

We order **Wendy Wilkerson** to file the record in this appeal **within 30 days of the date of this order.** If **Wendy Wilkerson** does not timely file the record as ordered, the court may issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM